**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS HARDIMAN,

        Plaintiff,

    v.

HOWARD ATKINS,

        Defendants.

_____/

No. C-13-80001 MISC EMC

**ORDER DISMISSING COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

      Plaintiff in this case has filed a "Written Request for Verification of Debt" concerning certain real property located in Larkspur, California Docket No. 1. This request is not in the form of a complaint, and it appears to be addressed to the Defendant, who is the CFO of Wells Fargo Bank, N.A., rather than to the Court. No formal complaint has been filed. While Plaintiff writes in the request that he may file a civil action if Defendant does not comply with certain requests under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.*, and the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601 *et seq.*, Plaintiff does not appear to allege any current violations of either law.

      Under the doctrine of ripeness, federal courts lack subject matter jurisdiction to hear cases that are "premature for review because the plaintiff's purported injury is too speculative and may never occur." *Chandler v. State Farm Mut. Auto. Ins. Co.*, 598 F.3d 1115, 1122 (9th Cir. 2010). As this Court can discern no ripe controversy from the face of Plaintiff's filings, this case is hereby **DISMISSED**.

If Plaintiff wishes to file a formal complaint in this matter, he is advised that any complaint must comply with Rule 8 of the Federal Rules of Civil Procedure, which requires that a plaintiff provided "a short and plain statement of the grounds for the court's jurisdiction" and "a short and plain statement of the claim showing that [he] is entitled to relief."

For Plaintiff's benefit, the Court directs his attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants.  Plaintiff may also contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415) 782–9000 extension 8657, for free legal advice regarding his claims.

IT IS SO ORDERED.

Dated:  January 16, 2013

_____
EDWARD M. CHEN
United States District Judge